**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**



TINA MAE LOUISE PARKER,

     Plaintiff,

v.                            Civil Action No. 3:14cv502

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

     Defendant.

**ORDER**

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge entered herein on August 28, 2015 (Docket No. 17), the OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE MAGISTRTE JUDGE (Docket No. 18), the DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Docket No. 19), and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

(1) The OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE MAGISTRTE JUDGE (Docket No. 18) are overruled;

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 17) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(3) The plaintiff's MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, MOTION FOR REMAND (Docket No. 7) is denied;

(4) The DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 11) is granted; and

(5) The Commissioner's decision is affirmed.

It is further ORDERED that the issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

_____ /s/ _____

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 29, 2015

2